AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
May 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____mlg_____
DEPUTY

United States of America
v.

James Wesley Burger

*Defendant*

Case No. 1:25-mj-00583

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* James Wesley Burger,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 875(c) - Threats communicated in interstate commerce

Date: May 16, 2025

*Issuing officer's signature*

City and state: Austin, Texas

Mark Lane, United States Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 05/16/2025, and the person was arrested on *(date)* 05/19/2025 at *(city and state)* Williamson County Jail, Georgetown, TX. |
| Date: 05/19/2025 |

*Arresting officer's signature*

Special Agent Carletta Carter
*Printed name and title*